# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 05-5017**                                                                 **September Term, 2005**

LAURA GONZALEZ-VERA, ET AL.,
    APPELLANTS

v.

HENRY ALFRED KISSINGER, IN HIS INDIVIDUAL CAPACITY AND AS NATIONAL SECURITY ADVISOR AND SECRETARY OF STATE, ET AL.,
    APPELLEES

*UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED JUN 9 2006
CLERK*

Appeal from the United States District Court
for the District of Columbia
(No. 02cv02240)

Before: GINSBURG, *Chief Judge*, and ROGERS and BROWN, *Circuit Judges*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed on the ground that plaintiffs' claims present a nonjusticiable political question, in accordance with the opinion of the court filed herein this date.

*Per Curiam*

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 9/1/06
BY: [signature]
ATTACHED: ___ Amending Order
    ___ Opinion
    ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: [signature]
Michael C. McGrail
Deputy Clerk

Date: June 9, 2006

Opinion for the court filed by Chief Judge Ginsburg.

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: [signature] Deputy Clerk